NO. 07-04-0511-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 16, 2005

_____

IN THE MATTER OF THE MARRIAGE OF
FREDERICK IRWIN CHADWICK AND
TAMMY SUE CHADWICK AND
IN THE INTEREST OF C.L.C., A CHILD
_____

FROM THE 31ST DISTRICT COURT OF LIPSCOMB COUNTY;

NO. 03-10-3797; HONORABLE STEVEN EMMERT, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On February 11, 2005, the appellant filed a Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice